**DEADWOOD GOLD, INC., a South Dakota Corporation, Debtor, Appellant, v. William M. JOY.**

No. 10926.

Circuit Court of Appeals, Eighth Circuit.

May 5, 1937.

Edward A. Rich, of Detroit, Mich., for appellant.

Lewis & Watkins, of Detroit, Mich., for appellee.

PER CURIAM.

Petition for allowance of appeal from order of United States District Court denied.

**DOLLAR OIL CORPORATION, Ltd., Appellant, v. C. V. IVEY, Appellee.**

No. 8590.

Circuit Court of Appeals, Ninth Circuit.

July 2, 1937.

Before DENMAN and HEALY, Circuit Judges.

PER CURIAM.

Upon consideration of stipulations of counsel for respective parties, ordered appeal herein dismissed, without costs, that a decree of dismissal be filed and entered accordingly, and the mandate of this court issue forthwith.

**ELECTRIC AUTO–LITE COMPANY, Petitioner, v. SECURITIES & EXCHANGE COMMISSION, Respondent.**

No. 7346.

Circuit Court of Appeals, Sixth Circuit.

June 4, 1937.

Larkin, Rathbone & Perry, of New York City, for petitioner.

John J. Burns, Thomas J. Lynch, and Francis S. Walker, all of Washington, D. C., for respondent.

Before HICKS, SIMONS and ALLEN, Circuit Judges.

PER CURIAM.

Pursuant to stipulation of counsel, it is ordered that this cause be and the same is dismissed, without costs to either party as against the other.

**E. L. MANSURE COMPANY, Plaintiff-Appellant, v. CONSOLIDATED TRIMMING CORPORATION et al., Defendants-Appellees.**

No. 391.

Circuit Court of Appeals, Second Circuit.

June 7, 1937.

John M. Cole, of New York City (Joshua R. H. Potts, Basel H. Brune, and Eugene Vincent Clarke, all of Chicago, Ill., of counsel), for appellant.

Fred E. Tasker, of New York City (Marshall & Hawley, of New York City, of counsel), for appellees.

Before MANTON, L. HAND, and AUGUSTUS N. HAND, Circuit Judges.

PER CURIAM.

Decision affirmed.